UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                CASE NO: 07-32135
   MICHAEL S BRANHAM JR                   (Chapter 13)
   ERICA L BRANHAM
                            Debtors         JUDGE LAWRENCE S. WALTER

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4024613**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MICHAEL S BRANHAM JR & ERICA L BRANHAM<br>24 E CROSS ST<br>PO BOX 116<br>POTSDAM, OH  45361 | 490.40 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/26/2010

Certificate of Service            07-32135

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MICHAEL S BRANHAM JR | LAWRENCE J WHITE | (38.1n) |
| ERICA L BRANHAM | 2533 FAR HILLS AVE | WELLS FARGO FINANCIAL |
| 24 E CROSS ST | DAYTON, OH  45419 | 2ND FLOOR |
| PO BOX 116 | | 13675 TECHNOLOGY DR BLDG C |
| POTSDAM, OH  45361 | | EDEN PRAIRIE, MN  55344 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv